**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-36172-AJC**

☐ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Pedro Roche                             CO-DEBTOR: Angela Roche
Last Four Digits of SS# xxx-xx-3497             Last Four Digits of SS# xxx-xx-0932

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __48__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.   $ 144.44   for months   1   to   48  ;
  B.   $_____   for months _____ to _____;
  C.   $_____   for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,000.00
                  Balance Due      $ 2,250.00   payable $ 125.00  month (Months   1   to   18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a
Address _____    Arrearage on Petition Date $_____
                                   Arrears Payment $_____/month (Months ___ to ___)
                                   Arrears Payment $_____/month (Months ___ to ___)
                                   Regular Payment $_____/month (Months ___ to ___)

2. _____          Arrears Payment $_____
                                   Arrears Payment $_____/month (Months ___ to ___)
                                   Regular Payment $_____/month (Months ___ to ___)
                                   Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| HSBC Mortgage Corp<br>Loan No. 5474xxxxx<br>Prop Add: 10785 SW 43rd St<br>Miami, FL 33165 | Homestead Property<br>$138,451.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____   Total Due $_____
                                Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 5.00 month (Months   1   to   18  ). Pay $130.00/mo (Mos 19 to 48)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Chase Home Finance (Loan#xxxx8213) directly outside the plan. The debtors will modify their chapter 13 plan to provide for the distribution of funds recovered from his pending lawsuit, which are not exempt to the unsecured creditors.

/s/ Robert Sanchez, Esq.
Attorney for Debtors
Date: 12/21/11