**UNITED STATES BANKRUPTCY COURT**
**MIAMI**
**SOUTHERN DISTRICT OF FLORIDA DIVISION**

                                                      **CASE NO.: 11-36172-BKC-AJC**
                                                      PROCEEDING UNDER CHAPTER 13

**IN RE:**

PEDRO PABLO ROCHE
ANGELA ROCHE

DEBTORS_____/

**REPORT OF COMPLIANCE WITH LOCAL RULE 3070-1(B)**

   Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtors, pursuant to Local Rule 3070-1(B) were to be current in all payments under the confirmed Chapter 13 Plan on or before **October 23, 2015**. The Debtors have complied with the said order.

2. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 5th day of November, 2015.


                                                     */s/ Nancy K. Neidich*_____
                                                     NANCY K. NEIDICH, ESQUIRE
                                                     STANDING CHAPTER 13 TRUSTEE
                                                     P.O. BOX 279806
                                                     MIRAMAR, FL  33027-9806


CC:  PEDRO PABLO ROCHE
      ANGELA ROCHE
      ROBERT SANCHEZ, ESQUIRE